UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD POMARES<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SUTTER FAMILY CORP. et. al.<br><br>　　　　Defendant. | No. 1:15-CV-0838---MJS<br><br>**ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS AS TO RICHARD POMARES ONLY**<br><br>**(ECF No. 2)** |

　　　　Plaintiff, Richard Pomares ("Plaintiff") is proceeding pro se in this action. Plaintiff filed a Motion to Proceed *in forma pauperis* pursuant to 28 U.S.C. section 1915 on June 2, 2015. (ECF No. 2)  The Court has reviewed the Motion and finds that Plaintiff's application demonstrates that he is entitled to proceed without prepayment of fees. Plaintiff, Richard Pomares, Motion to Proceed *in forma pauperis* is therefore GRANTED.

IT IS SO ORDERED.

　　Dated:　June 5, 2015　　　　　　　　　　/s/ *Michael J. Seng*
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1